# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

ALFREDO CARMINE CIANFANO,

                      Plaintiff,                      22 **CIVIL** 4801 (MKV)

        -against-                                 **<u>JUDGMENT</u>**

KILOL KIJAKAZI, as Commissioner of the
SOCIAL SECURITY ADMINISTRATION,

                      Defendant.

-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in the Court's Order dated September 13, 2023, the Court ADOPTS the Report and Recommendation in full. Plaintiff's motion to reverse the 2021 ALJ decision is DENIED, and the Commissioner's motion for judgment on the pleadings affirming the ALJ decision is GRANTED; accordingly, this case is closed.

**Dated:**  New York, New York
          September 13, 2023

                                          **RUBY J. KRAJICK**

                                                      _____
                                                          **Clerk of Court**
                                    **BY:**
                                                         _____
                                                           **Deputy Clerk**